**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Official Caption[1]

2013-1140
(Reexamination No. 95/000,067)

TEMPO LIGHTING, INC.,

        Appellant,

v.

TIVOLI, LLC,

        Appellee.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

Authorized Abbreviated Caption[2]

TEMPO LIGHTING, INC. V TIVOLI, LLC, 2013-1140

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.